United States Bankruptcy Court
Southern District of Florida

| | |
|---|---|
| In re: | Case No. 25-17718-RAM |
| Ferris Lee Rhodes | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113C-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Aug 08, 2025 | Form ID: pdf004 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ferris Lee Rhodes, 1742 NW 68 Ter, Miami, FL 33147-7462 |
| aty | + | Eric J. Cvelbar, Law Offices of Eric J.Cvelbar, 17 NW Miami Ct, Miami, FL 33128-1829 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Aug 10, 2025 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Soneet Kapila | trustee@kapilaco.com  ecf.alert+Kapila@titlexi.com |

TOTAL: 2



**ORDERED in the Southern District of Florida on August 8, 2025.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:                                                    Case No. 25-17718-RAM

FERRIS LEE RHODES,                          Chapter 7

      Debtor.
_____/

**ORDER SETTING FURTHER HEARING**
**ON STAY RELIEF MOTION AND MOTION TO CONVERT**

      The Court conducted a hearing on August 7, 2025 on the Emergency Motion to Lift the Automatic Stay and Enforce Final Judgment of Eviction and Writ of Possession [DE# 16] (the "Stay Relief Motion") filed by Innovative Investments & Assets Management Corp. ("Innovative") and on the Motion to Convert Case to Chapter 13 [DE# 14] (the "Motion to Convert") filed by Ferris Lee Rhodes (the "Debtor").

      The Stay Relief Motion seeks relief from the automatic stay to complete an eviction proceeding and execute a writ of possession removing the Debtor from real property located at 1742 N.W. 68th Terrace, Miami, Florida 33147 (the "Home"). At the August 7th hearing,

1

the Debtor, representing himself *pro se*, asserted that he has been living in the Home since 1979, that he was the former owner of the Home and that he believes that he lost title to the Home through some type of fraud. In addition, the Debtor said there was no written lease for the Home.

The Court finds it appropriate to set a further hearing to allow the Debtor time to seek legal assistance, to give the Debtor additional time to tender rent and file schedules and other required documents, and for the Court to obtain further information from Innovative regarding ownership of the Home and its lease arrangement with the Debtor.

Accordingly, the Court **ORDERS** as follows:

1. The Court will conduct a further hearing on the Stay Relief Motion and on the Motion to Convert on **September 4, 2025** at **11:30 a.m.** The hearing will be conducted by video conference using the services of Zoom Video Communications, Inc. For instructions regarding the video conference, please refer to the General Procedures for Hearings By Video Conference on Judge Mark's web page on the Court's website, https://www.flsb.uscourts.gov/judges/judge-robert-mark.

2. To register for the video conference, click on the following link or manually enter the following link in a browser:

https://www.zoomgov.com/meeting/register/vJIsduqrrTIsGwLENmZWZhscEHry3et9jXQ

3. By August 25, 2025, the Debtor must pay Innovative at least $700.00 in rent and must file all schedules and other documents described in the Clerk's Notice of Deadlines to Correct Filing Deficiencies [DE# 7] (the "Deficiency Notice"). If the Debtor fails to pay Innovative at least $700 by August 25, 2025, then the Court will grant the Stay Relief Motion. If the Debtor fails to file all schedules and other documents described in the

Deficiency Notice by August 25, 2025, the Court will deny the Motion to Convert and dismiss this chapter 7 case.

   4.  By <u>August 25, 2025</u>, Innovative must file a Notice of Filing attaching any written lease it has with the Debtor, attaching proof that it owns the Home, and describing the transaction or foreclosure sale by which it acquired title to the Home.

###

Copies to:

Eric J. Cvelbar, Esq.

**CLERK TO SERVE:**

Ferris Lee Rhodes
1742 NW 68th Terrace
Miami, FL  33147

Courtesy copy to Peter W. Kelly, Esq. at pkelly@pwkpa.com