UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

**FERRIS LEE RHODES,**
SSN XXX-XX-2084

Case Number 25-17718-RAM
Chapter 7

Debtor.
_____/

## NOTICE OF FILING PROOF OF RECORD TITLE AND
## NOTICE OF DEBTOR'S DEFAULTS OF COURT ORDER DATED AUGUST 8, 2025

Landlord, **INNOVATIVE INVESTMENTS & HOLDINGS, INC., AS TRUSTEE**, hereby files its Notice of Filing Proof of Record Title and Notice of Debtor's Defaults of Court Order Dated August 8, 2025, and states:

### Background

1. This is a Chapter 7 case.

2. Undersigned counsel was just retained in this case.

3. Landlord procured a judgment of eviction against Debtor prepetition. See Innovative's *Emergency Motion for Relief from Stay* (DE #16).

### Title to the Property

4. At the hearing on the Landlord's motion, Debtor claimed to be the owner of the property located at 1742 NW 68 Street, Miami, FL 33147 (the "Property").

5. The court continued the hearing until September 4, 2025, requesting the Landlord to file with the court "proof that it owns the home" and "describing the transaction or foreclosure sale by which it acquired title to the Home."

6. Debtor lost the Property in foreclosure almost 17 years ago and has been renting from Innovative since that time.

7. Landlord acquired the Property via Certificate of Title from the Miami-Dade County Circuit Court in foreclosure case number 07-12458-CA.

8. A copy of the Clerk's Certificate of Title is attached hereto as Exhibit "A" and incorporated herein by reference.

9. Since that date, the Debtor has rented the Property on a month-to-month basis. A copy of various rental receipts issued by the Landlord to the Debtor is attached as Exhibit "B" and incorporated herein by reference.

## Failure of Debtor to Comply with Court Order

10. Debtor was required to do two things by the court's August 8 order:

11. First, the Debtor was to file his schedules by August 25 and, second, the Debtor was required to pay Innovative $700 by the same date.

12. Debtor did not file his schedules by August 25.

13. Debtor did not pay Innovative $700.

14. Innovative is entitled to an order lifting the automatic stay to allow it to continue its eviction through a Writ of Possession.

## Request for Order Lifting Stay

15. Landlord requests an immediate *Order Lifting Stay* and waiving the 14-day period required by Rule 4001(a)(4).

Page 3.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent, via Regular U.S. Mail, on August 29, 2025, to all parties via ECF and to the Debtor by Regular U.S. Mail.

|  |  |
|---|---|
| **CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)**<br><br>**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A). | *Timothy S. Kingcade*<br>**Timothy S. Kingcade, Esq.**<br>Florida Bar Number 082309<br>KINGCADE & GARCIA, P.A.<br>Counsel for the Debtor<br>Kingcade Building<br>1370 Coral Way<br>Miami, Florida 33145-2960<br>WWW.MIAMIBANKRUPTCY.COM<br>Telephone: 305/285-9100<br>Facsimile: 305/285-9542 |

```
CFN 2008R0989466
OR Bk 26679 Pg 4908; (1pg)
RECORDED 12/10/2008 12:52:24
DEED DOC TAX 165.60
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE
```

IN THE CIRCUIT COURT OF THE JUDICIAL
CIRCUIT IN AND FOR DADE COUNTY, FLORIDA

GENERAL JURISTICTION DIVISION

CIVIL ACTION NO. 07-12458 SEC. 15

U.S. BANK, N.A., AS TRUSTEE,
Plaintiff (s) / Petitioner (s)
vs.
LEROY WILLIAMS; et al.,
Defendant (s) / Respondent (s)

CERTIFICATE OF TITLE
Chapter 45

THE UNDERSIGNED CLERK OF this Court Certifies that a Certificate of Sale was executed and filed in this action on October 30, 2008, for the property described herein and that objections to the sale have either not been filed within the time allowed by statutory law or, if filed, have been heard by the court. The property in Dade County, Florida and described as follows:

LOT 15, BLOCK 5, LIBERTY CITY, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 7, PAGE 79, OF THE PUBLIC RECORDS OF DADE COUNTY, FLORIDA.

Property Address: 1742 NW 68TH TERRACE, MIAMI, FL 33147

was sold to:
INNOVATIVE INVESTMENTS & HOLDINGS, INC., AS TRUSTEE UNDER A FLORIDA LAND TRUST AGREEMENT DATED 10-30-08, 717 PONCE DE LEON BLVD, #326, CORAL GABLES, FL 33134

WITNESS my hand and seal of this Court on December 5, 2008

Harvey Ruvin, Clerk

By: _____
Deputy Clerk

EXHIBIT "A"

**RECEIPT**  DATE 01 07 25   No. 636168   $1,500.00
RECEIVED FROM Farris Rhods
One thousand Five hundred _____ DOLLARS
○ FOR RENT
○ FOR _____ December Rent 2024
ACCOUNT / PAYMENT / BAL. DUE
○ CASH  ○ CHECK  ● MONEY ORDER  ○ CREDIT CARD
FROM _____ TO _____
BY _____
3-11

**RECEIPT**  DATE 11 29 24   No. 636143   $1,500.00
RECEIVED FROM Farris Rhods
One thousand Five hundred _____ DOLLARS
○ FOR RENT
○ FOR _____ December Rent
ACCOUNT / PAYMENT / BAL. DUE
○ CASH  ● CHECK  ○ MONEY ORDER  ○ CREDIT CARD
FROM _____ TO _____
BY _____
3-11

**RECEIPT**  DATE 10 29 24   No. 636110   $1,500
RECEIVED FROM Farris Rhods
One thousand five hundred _____ DOLLARS
○ FOR RENT
○ FOR _____ October Rent
ACCOUNT / PAYMENT / BAL. DUE
○ CASH  ● CHECK  ○ MONEY ORDER  ○ CREDIT CARD
FROM _____ TO _____
Five hundred
BY _____
EXHIBIT "B"
3-11

**RECEIPT** DATE 04-04-25 No. 690726
$1,000.00
RECEIVED FROM Farris Rhodes
One thousand & no
FOR RENT 1742 NW 68th
March Rent
☉ CASH
☉ CHECK
⊗ MONEY ORDER
☉ CREDIT CARD
3-11

**RECEIPT** DATE 03-07-25 No. 690715
$1,300.00
RECEIVED FROM Farris Rhodes
One Thousand Three hundred
FOR RENT 1742 NW 68th
February Rent
☉ CASH
☉ CHECK
⊗ MONEY ORDER
☉ CREDIT CARD
3-11

**RECEIPT** DATE 01-29-25 No. 636176
$1,500.00
RECEIVED FROM Farris Rhodes
One thousand Five hundred
FOR RENT 1742 NW 68th
January Rent
☉ CASH
⊗ CHECK
☉ MONEY ORDER
☉ CREDIT CARD
3-11